◎AO 440 (Rev. 8/01) Summons in a Civil Action

FILED

# UNITED STATES DISTRICT COURT

2008 SEP -8 AM 9:44

____Western____ District of ____Texas____

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

LINDA KNOLTON,
                PLAINTIFF
V.

**SUMMONS IN A CIVIL ACTION**

CPS ENERGY,
    DEFENDANT

CASE NUMBER:

**S A08CA0519 OG**

TO: (Name and address of Defendant)   CPS ENERGY
                                       MILTON LEE CEO
                                       145 NAVARRO
                                       SAN ANTONIO TX 78204

(by serving 10th Floor
Gen Con. - Carolyn Shellman)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

BEALE + ASSOC.
SAMUEL C BEALE
325 SOUTH MAIN
SAN ANTONIO TX 78204
210-222-2220

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**JUN 3 0 2008**

William G. Putnicki

CLERK _____  DATE _____

(By) DEPUTY CLERK

※AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | Aug. 13, 2008 |
| NAME OF SERVER *(PRINT)* <br> Stan Ramos | TITLE <br> Private Process |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:

Received By: Carolyn Skellman

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Aug 13, 2008  
          Date              Signature of Server

325 S. Main San Antonio TX 78204  
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.